1  Abraham H. Tang, SBN 186334
2  LONG WILLIAMSON & DELIS
   5 Hutton Centre Drive, Suite 1000
3  Santa Ana, California 92707
   (714) 668-1400/(714) 668-1411 (fax)
4  atang@lw-d.com
5
   Attorneys for Plaintiff
6  LOOMIS FARGO & CO., INC.

7

8                       UNITED STATES DISTRICT COURT  ADR
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11
   LOOMIS FARGO & CO., INC.,            ) CASE NO. C07-04054 TEH
12                                      )
         Plaintiff,                     )
13                                      ) PLAINTIFF'S CERTIFICATION OF
   vs.                                  ) INTERESTED ENTITIES OR
14                                      ) PERSONS
   MATSON NAVIGATION COMPANY;           )
15 SSA TERMINALS, and DOES 1-100,       )
   inclusive,                           )
16                                      )
                                        )
17       Defendants.                    )

18

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

21 associations of persons, firms, partnerships, corporations (including parent corporations) or other

22 entities have a financial interest in the subject matter in controversy or in a party to the

23 proceeding:

24
25       1.    Loomis Fargo & Co., Inc., plaintiff.

26       2.    SSA Terminals, defendant.

27 ///

28 ///

                                            1

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

3. Matson Navigation Company, defendant.

DATED: August 7, 2007        LONG WILLIAMSON & DELIS

BY: *[signature]*
ABRAHAM H. TANG
Attorneys for Plaintiff
LOOMIS FARGO & COMPANY

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**