1  Thomas R. Beer (148175), tbeer@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   SSA TERMINALS
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 LOOMIS FARGO & CO., INC.,              )  CASE NO.: C07-04054-TEH
                                           )
12           Plaintiff,                    )  **STIPULATION FOR EXTENSION OF
                                           )  TIME TO RESPOND TO PLAINTIFF'S
13      vs.                                )  COMPLAINT [Civil L. R. 6-1(a)]**
                                           )
14 MATSON NAVIGATION COMPANY; SSA          )  Complaint Filed:   August 7, 2007
   TERMINALS, and DOES 1-100, inclusive,   )
15                                         )
             Defendants.                   )
16 _____ )

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

j:\office2\28975\066\07pleadings\stip extension to respond.doc

1  Plaintiff LOOMIS FARGO & CO., INC. and Defendant SSA TERMINALS, by and through
2  their counsel, hereby stipulate to a 14-day extension of the time within which to answer or
3  otherwise respond to Plaintiff's Complaint. Pursuant to Civil Local Rule 6-1(a), this extension will
4  not alter the date of any event or any deadline already fixed by Court order.
5  IT IS SO STIPULATED.

7  Dated: September 21, 2007        BARGER & WOLEN LLP

9  By:  /s/ Thomas R. Beer
       Thomas R. Beer, Esq.
10     Tino X. Do, Esq.
       Attorneys for SSA TERMINALS

12 Dated: September 21, 2007        LONG WILLIAMSON & DELIS

14 By: _____
       Abraham H. Tang, Esq.
15     Attorneys for LOOMIS FARGO & CO., INC.

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800