Thomas R. Beer (148175), tbeer@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
SSA TERMINALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS FARGO & CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATSON NAVIGATION COMPANY; SSA TERMINALS, and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO.: C07-04054-TEH <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [Civil L. R. 6-1(a)]** <br><br> Complaint Filed:  August 7, 2007 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

j:\office2\28975\066\07pleadings\stip extension to respond.doc

1  Plaintiff LOOMIS FARGO & CO., INC. and Defendant SSA TERMINALS, by and through
2  their counsel, hereby stipulate to a 14-day extension of the time within which to answer or
3  otherwise respond to Plaintiff's Complaint. Pursuant to Civil Local Rule 6-1(a), this extension will
4  not alter the date of any event or any deadline already fixed by Court order.
5  IT IS SO STIPULATED.

7  Dated: September 21, 2007          BARGER & WOLEN LLP

9                                     By: /s/ Thomas R. Beer
10                                         Thomas R. Beer, Esq.
                                           Tino X. Do, Esq.
                                           Attorneys for SSA TERMINALS

12  Dated: September 21, 2007         LONG WILLIAMSON & DELIS

14                                     By: [signature]
                                           Abraham H. Tang, Esq.
15                                         Attorneys for LOOMIS FARGO & CO., INC.

**IT IS SO ORDERED**
[signature]
Judge Thelton E. Henderson
09/24/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800