Abraham H. Tang, SBN 186334
LONG WILLIAMSON & DELIS
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 668-1400/(714) 668-1411 (fax)
atang@lw-d.com

Attorneys for Plaintiff
LOOMIS FARGO & CO., INC.

FILED
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS FARGO & CO., INC., | CASE NO. C07-04054 TEH |
| Plaintiff, | Assigned to:  Honorable Thelton E. Henderson |
| vs. | **REQUEST TO ENTER DEFAULT** |
| MATSON NAVIGATION COMPANY; SSA TERMINALS, and DOES 1-100, inclusive, | |
| Defendants. | |

FAXED

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff LOOMIS FARGO & CO., INC. hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant MATSON NAVIGATION COMPANY on the ground that said Defendant failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant MATSON NAVIGATION COMPANY on September 7, 2007, evidenced by the Proof of Service of Summons & Complaint on file with this Court.

///

///

1

REQUEST TO ENTER DEFAULT

1  The above-stated facts are set forth in the accompanying Declaration of Abraham H.
2  Tang, filed herewith.

4  DATED: October 17, 2007        LONG WILLIAMSON & DELIS

BY: _____
ABRAHAM H. TANG
Attorneys for Plaintiff
LOOMIS FARGO & COMPANY

2

REQUEST TO ENTER DEFAULT