1  Abraham H. Tang, SBN 186334
2  LONG WILLIAMSON & DELIS
   5 Hutton Centre Drive, Suite 1000
3  Santa Ana, California 92707
   (714) 668-1400/(714) 668-1411 (fax)
4  atang@lw-d.com

5  Attorneys for Plaintiff
6  LOOMIS FARGO & CO., INC.

**FILED**

OCT 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOMIS FARGO & CO., INC.,            )  CASE NO. C07-04054 TEH
                                     )
         Plaintiff,                  )  Assigned to: Honorable Thelton E. Henderson
                                     )
vs.                                  )
MATSON NAVIGATION COMPANY;           )  **DECLARATION OF ABRAHAM H.**
SSA TERMINALS, and DOES 1-100,       )  **TANG IN SUPPORT OF REQUEST TO**
inclusive,                           )  **ENTER DEFAULT OF DEFENDANT**
                                     )  **MATSON NAVIGATION COMPANY**
         Defendants.                 )

FAXED

   I, Abraham H. Tang, am an attorney at law duly licensed to practice in all courts of the State of California and am an associate with Long Williamson & Delis, attorneys of record for Plaintiff LOOMIS FARGO & CO., INC. in the above-captioned matter. I have personal knowledge of the matters stated herein and if called upon to testify, I could and would competently testify thereto, except where stated upon information and belief:

   1.  On August 7, 2007, the Summons and Complaint in the above-captioned matter were filed with the above-referenced Court.

   2.  On September 7, 2007, the Summons and Complaint and related documents were served upon April Gee, a secretary at defendant company, MATSON NAVIGATION COMPANY, pursuant to F.R.C.P. Rule 4. (See Proof of Service attached hereto as Exhibit

1

DECLARATION OF ABRAHAM H. TANG

1  "A.")

2      3.    As of the signing of this Declaration, Defendant MATSON NAVIGATION

3  COMPANY has not appeared or otherwise responded to the Complaint filed in this matter.

4      I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.

6      Executed this 17th day of October, 2007, at Santa Ana, California.

        ABRAHAM H. TANG

2

DECLARATION OF ABRAHAM H. TANG

**EXHIBIT "A"**

| Attorney or Party without Attorney: ABRAHAM H. TANG, ESQ., Bar #186334<br>LONG WILLIAMSON & DELIS<br>5 HUTTON CENTRE DRIVE<br>SUITE 1000<br>SANTA ANA, CA 92707<br>Telephone No: (714) 668-1400   FAX No: (714) 668-1411 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: LOOMIS FARGO & CO., INC. | | | | |
| Defendant: MATSON NAVIGATION COMPANY | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-04054 TEH ADR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint Order Setting Initial Case Management Conference And Adr Deadlines ; Plantiff's Certification Of Interested Entities Or Persons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Consent To Proceed Before A United States Magistrate Judge; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Guidelines For The U.S. District Court, San Francisco; Ecf Registration Information Handout

3. a. Party served:                    MATSON NAVIGATION COMPANY
   b. Person served:                   same as party in 3a

4. Address where the party was served: 555 12TH STREET
                                       OAKLAND, CA 94607

5. I served the party:
   b. **by substituted service.** On: Fri., Sep. 07, 2007 at: 2:53PM by leaving the copies with or in the presence of:
      April Gee, Secretary, SERVED UNDER F.R.C.P. RULE 4
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Mon., Sep. 10, 2007 from: OAKLAND, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MATSON NAVIGATION COMPANY
   Other: BUSINESS ORGANIZATION, FORM UNKNOWN .

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER               d. *The Fee* for Service was:

   **First Legal Support Services**
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   190
      (iii) County:              Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date:Fri, Sep. 14, 2007

   *signature: Doug Schroeder*

   Judicial Council Form POS-010            PROOF OF SERVICE            (DOUG SCHROEDER)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT         1782367.ja.abrta.86599

| Attorney or Party without Attorney:<br>ABRAHAM H. TANG, ESQ., Bar #186334<br>LONG WILLIAMSON & DELIS<br>5 HUTTON CENTRE DRIVE<br>SUITE 1000<br>SANTA ANA, CA 92707<br>Telephone No: (714) 668-1400   FAX No: (714) 668-1411 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: LOOMIS FARGO & CO., INC.<br>Defendant: MATSON NAVIGATION COMPANY | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-04054 TEH ADR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint Order Setting Initial Case Management Conference And Adr Deadlines ; Plantiff's Certification Of Interested Entities Or Persons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Consent To Proceed Before A United States Magistrate Judge; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Guidelines For The U.S. District Court, San Francisco; Ecf Registration Information Handout

3. a. Party served:            MATSON NAVIGATION COMPANY
   b. Person served:           same as party in 3a

4. Address where the party was served:    555 12TH STREET
                                          OAKLAND, CA 94607

5. I served the party:
   b. **by substituted service.** On: Fri., Sep. 07, 2007 at: 2:53PM by leaving the copies with or in the presence of:
      April Gee, Secretary, SERVED UNDER F.R.C.P. RULE 4
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Mon., Sep. 10, 2007 from: OAKLAND, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MATSON NAVIGATION COMPANY
   Other: BUSINESS ORGANIZATION, FORM UNKNOWN .

7. **Person Who Served Papers:**            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER
                                             d. *The Fee for Service was:*
   **First Legal Support Services**          e. I am: (3) registered California process server
   ATTORNEY SERVICES                              (i) Independent Contractor
   1138 HOWARD STREET                             (ii) Registration No.:    190
   San Francisco, CA 94103                        (iii) County:             Marin
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Sep. 14, 2007

   Judicial Council Form POS-010         PROOF OF SERVICE             (DOUG SCHROEDER)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT       7782367.ja.abrta.86599

| Attorney or Party without Attorney: <br> ABRAHAM H. TANG, ESQ., Bar #186334 <br> LONG WILLIAMSON & DELIS <br> 5 HUTTON CENTRE DRIVE <br> SUITE 1000 <br> SANTA ANA, CA 92707 <br> Telephone No: (714) 668-1400   FAX No: (714) 668-1411 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: LOOMIS FARGO & CO., INC. <br> Defendant: MATSON NAVIGATION COMPANY | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C07-04054 TEH ADR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines ; Plantiff's Certification Of Interested Entities Or Persons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Consent To Proceed Before A United States Magistrate Judge; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Guidelines For The U.S. District Court, San Francisco; Ecf Registration Information Handout

3. a. Party served: SSA TERMINALS
   b. Person served: same as party in 3a

4. Address where the party was served: 1 MARKET STREET
   OAKLAND, CA 94607

5. I served the party:
   b. by substituted service. On: Fri., Sep. 07, 2007 at: 2:40PM by leaving the copies with or in the presence of:
      Jack Olson, Terminal Manager, SERVED UNDER F.R.C.P. RULE 4
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Mon., Sep. 10, 2007 from: OAKLAND, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SSA TERMINALS
   Other: BUSINESS ORGANIZATION, FORM UNKNOWN .

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 190
      (iii) County: Marin

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Sep. 14, 2007

   (DOUG SCHROEDER)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

1782372.ja.abrta.86593