**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 19, 2007

**RE: <u>LOOMIS FARGO & CO, INC.-v- MATSON NAVIGATION COMPANY, et al.</u>**
     **Case Number: C-07-4054-TEH**

*Default* is **DECLINED** as to *Defendant Matson Navigation Company* on October 19, 2007.

RICHARD W. WIEKING, Clerk

by: <u>Thelma Nudo</u>
    Deputy Clerk