UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOOMIS FARGO & CO., INC.,

          Plaintiff(s),

v.

MATSON NAVIGATION COMPANY;
SSA TERMINALS, et al.,

          Defendant(s).

_____/

CASE NO. C07-04054 TEH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 10-29-07

_____
Attorney for Plaintiff, Loomis

Dated: _____

_____
Attorney for Defendant, Matson

Dated: _____

_____
Attorney for Defendant, SSA Terminals

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LOOMIS FARGO & CO., INC.,

   Plaintiff(s),

CASE NO. C07-04054 TEH

v.

MATSON NAVIGATION COMPANY;
SSA TERMINALS, et al.,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

   Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
✓ Early Neutral Evaluation (ENE) (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline March 31, 2008

Dated: _____

Dated: 10-29-07

Dated: _____

Attorney for Plaintiff, Loomis

*/s/ Maulyn Dara*
Attorney for Defendant, Matson

Attorney for Defendant, SSA Terminals

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOOMIS FARGO & CO., INC.,

        CASE NO. C07-04054 TEH

    Plaintiff(s),

v.

MATSON NAVIGATION COMPANY;
SSA TERMINALS, et al.,

    Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated:_____

    _____
    Attorney for Plaintiff, Loomis

Dated:_____

    _____
    Attorney for Defendant, Matson

Dated: October 26, 2007

    _____
    Attorney for Defendant, SSA Terminals

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓      Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
✓      90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____                            _____

                                                UNITED STATES MAGISTRATE JUDGE