UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOOMIS FARGO & CO., INC.,

        Plaintiff(s),

v.

MATSON NAVIGATION COMPANY;
SSA TERMINALS, et al.,
        Defendant(s).
_____/

Case No. C0704054 TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/30/2007

                                         [Party] Loomis Fargo & C.

Dated: _____

                                         [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOOMIS FARGO & CO., INC.,

        Plaintiff(s),

v.

MATSON NAVIGATION COMPANY;
SSA TERMINALS, et al.,
        Defendant(s).

Case No. C0704054 TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: 10-29-07

By_____
[Party]  Loomis Fargo & Co.

By_____
[Counsel]  Abraham H. Tang
Long Williamson & Delis