Thomas R. Beer (148175), tbeer@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
SSA TERMINALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS FARGO & CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATSON NAVIGATION COMPANY; SSA TERMINALS, and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO.: C07-04054-TEH <br><br> **DEFENDANT SSA TERMINALS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Complaint Filed: August 7, 2007 |

Pursuant to Civil L.R. 3-16, Defendant SSA Terminals, by and through its counsel of record, certifies that as of this date, other than the named parties, there are no other persons, partnerships, corporations, (including parent corporations) or other entities known by the party to have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding:

Dated: November 7, 2007

BARGER & WOLEN LLP

By: /s/ Tino X. Do
THOMAS R. BEER
TINO X. DO
Attorneys for Defendant
SSA TERMINALS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

j:\office2\28975\066\07pleadings\civil l.r. 3-16 disclosures.doc