Marilyn Raia, SBN 072320
E-mail: marilyn.raia @bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Matson Navigation Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOMIS FARGO & CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATSON NAVIGATION COMPANY; SSA TERMINALS, and DOES 1- 100, inclusive, <br><br> Defendants. | Case No.: C07-04054- TEH <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil Local Rule 3-16, Defendant Matson Navigation Company, Inc. certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: November 7, 2007

BULLIVANT HOUSER BAILEY PC

By _____
   Marilyn Raia

Attorneys for Matson Navigation Company, Inc.

6089162.1