# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Loomis Fargo & Co., Inc., | 07-04054 TEH ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Matson Navigation Company, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Forrest Booth**
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
415-398-3344

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04054 TEH ENE            - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

3

4   Dated: November 15, 2007

5   RICHARD W. WIEKING
    Clerk
6   by:    Alice M. Fiel

7

8   _____
    ADR Case Administrator
9   415-522-3148
    Alice_Fiel@cand.uscourts.gov

10

*United States District Court*
*Northern District of California*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Evaluator**
07-04054 TEH ENE                       - 2 -