UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: November 19, 2007

**Case No:** C 07-04054 TEH

**Case Title**: LOOMIS FARGO & CO, INC. v. MATSON NAVIGATION COMPANY

**Appearances:**

    For Plaintiff(s): Abraham Tang (by phone)

    For Defendant(s): Ronald Richman, Tino Do

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Monday, 04/14/08 @ 10:00 AM for Motion/CMC**

### SUMMARY

- The motion for summary judgment shall be noticed for hearing on April 14, 2008.
- The trial schedule will be revisited in April 2008.
- Parties request that the ENE be completed in early 2008.