Abraham H. Tang, SBN 186334
LONG WILLIAMSON & DELIS
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 668-1400/(714) 668-1411 (fax)
ahtang@lw-d.com

Attorneys for Plaintiff
LOOMIS FARGO & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS FARGO & CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATSON NAVIGATION COMPANY; SSA TERMINALS, and DOES 1-100, inclusive, <br><br> Defendants. | ) CASE NO. C07-04054 TEH <br> ) <br> ) Assigned to: Honorable Thelton E. <br> ) Henderson <br> ) <br> ) <br> ) **NOTICE OF CHANGE OF FIRM** <br> ) **ADDRESS** <br> ) <br> ) |

TO ALL PARTIES, AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective December 7, 2007 the Law Offices of Long Williamson & Delis have moved to the following location:

///

1

Long Williamson & Delis

400 North Tustin Avenue, Suite 370

Santa Ana, California 92705

(714) 668-1400

(714) 668-1411 (fax)

www.lw-d.com

DATED: December 3, 2007          LONG WILLIAMSON & DELIS

BY: _____
ABRAHAM H. TANG
Attorneys for Plaintiff
LOOMIS FARGO & COMPANY