Abraham H. Tang, SBN 186334
LONG WILLIAMSON & DELIS
400 N. Tustin Ave., Suite 370
Santa Ana, California 92705
(714) 668-1400/(714) 668-1411 (fax)
ahtang@lw-d.com

Attorneys for Plaintiff
LOOMIS FARGO & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS FARGO & CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATSON NAVIGATION COMPANY; SSA TERMINALS, and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. C07-04054 TEH <br><br> Assigned to: Honorable Thelton E. Henderson <br><br> **STIPULATION AND PROPOSED ORDER CONTINUING ENE CUTOFF DATE** |

**TO THE HONORABLE DISTRICT COURT JUDGE:**

**WHEREAS** a Pre-Early Neutral Evaluation (ENE) Conference was held before court-appointed Mediator Forrest Booth on January 3, 2008;

**WHEREAS** Mr. Booth asked if any of the parties desired any particular discovery completed prior to the ENE Conference;

**WHEREAS** Plaintiff proposed obtaining responses to written discovery currently due the last week of January 2008, making an inspection of the subject property in early February 2008, and taking a deposition of a PMK regarding security in early February 2008 or thereabouts;

**WHEREAS** Defense counsel were not opposed to this proposal;

**WHEREAS** the current ENE Conference cut-off date is February 1, 2008;

1

**STIPULATION AND PROPOSED ORDER CONTINUING ENE CUTOFF DATE**

**WHEREAS**, in order to have an effective ENE Conference that is contemplated to give all parties a reasonable opportunity to evaluate the strengths and weaknesses of their respective cases, and to determine a proper settlement range for this case, the aforementioned proposed discovery would be essential to Plaintiff;

**WHEREAS** the aforementioned discovery cannot be completed by the current ENE Conference cut-off date as Plaintiff's noticed inspections and depositions are now set for February 8, 2008;

**WHEREAS** Mr. Booth recommended that the ENE Conference cut-off be continued at least three weeks to February 22, 2008, to accommodate the proposed discovery requests;

Each of the undersigned hereby agrees and stipulates to the following:

1. That the current ENE Conference cut-off date be vacated; and
2. That the ENE Conference cut-off date be re-set to February 22, 2008.

DATED: January 15, 2008          LONG WILLIAMSON & DELIS

BY: _____/s/
ABRAHAM H. TANG
Attorneys for Plaintiff
LOOMIS FARGO & COMPANY

DATED: January 15, 2008          BARGER & WOLEN LLP

BY: _____/s/
Tino X. Do
Attorneys for Defendant
SSA TERMINALS

DATED: January 15, 2008          BULLIVANT HOUSER BAILEY

BY: _____/s/
Marilyn Raia
Attorneys for Defendant
MATSON NAVIGATION COMPANY

2

**STIPULATION AND PROPOSED ORDER CONTINUING ENE CUTOFF DATE**

# ORDER

Having considered the foregoing stipulation, and finding GOOD CAUSE thereon, this Court hereby orders:

1. That the current ENE Conference cut-off date be vacated; and
2. That the ENE Conference cut-off date be re-set to February 22, 2008.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                    U.S. DISTRICT COURT JUDGE