Abraham H. Tang, SBN 186334
LONG WILLIAMSON & DELIS
400 N. Tustin Ave., Suite 370
Santa Ana, California 92705
(714) 668-1400/(714) 668-1411 (fax)
ahtang@lw-d.com

Attorneys for Plaintiff
LOOMIS FARGO & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS FARGO & CO., INC., <br><br>Plaintiff, <br><br>vs. <br><br>MATSON NAVIGATION COMPANY; SSA TERMINALS, and DOES 1-100, inclusive, <br><br>Defendants. | CASE NO. C07-04054 TEH <br><br>Assigned to:  Honorable Thelton E. Henderson <br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the parties to the above-captioned matter have settled and are in the process of generating and circulating settlement documents for signature and filing with the Court.

DATED: February 8, 2008              LONG WILLIAMSON & DELIS

BY: _____
ABRAHAM H. TANG
Attorneys for Plaintiff
LOOMIS FARGO & COMPANY

1